# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 1:19-mj-16
Apple iPhone 6s Plus, Silver in color in a )
black case, IMEI 35 572207 063677 6 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Apple iPhone 6s Plus, Silver in color in a black case, IMEI 35 572207 063677 6

located in the _____Western_____ District of _____Michigan_____ , there is now concealed *(identify the person or describe the property to be seized)*:
SEE ATTACHMENT

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC Sections 875(c), 249, 924(c), 1001 and 2 | Interstate Threatening Communication, Hate Crime Acts, Use of a Firearm to Commit Crime of Violence, False Statement to federal agent and principal/aiding and Abetting |

The application is based on these facts:

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Timothy Wetherbee, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/15/2019

_____
*Judge's signature*

City and state: Grand Rapids, Michigan

Ellen S. Carmody, U.S. Magistrate Judge
*Printed name and title*